UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES E. DORMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RESTAURANT BRANDS INTERNATIONAL INC., JOSÉ E. CIL, MATTHEW DUNNIGAN, JOSHUA KOBZA, and ALEXANDRE MACEDO,<br><br>Defendants. | Case No. 1:20-cv-10788-VEC |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James E. Dorman hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: February 17, 2021

Respectfully submitted,

**KESSLER TOPAZ
　MELTZER & CHECK, LLP**

*s/ Naumon A. Amjed*
Naumon A. Amjed
Ryan T. Degnan
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com

***Attorneys for Plaintiff James E. Dorman***

1